**DISMISS and Opinion Filed September 16, 2021**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00488-CR

## EX PARTE ROOSEVELT DANYEL RIDER

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 20-5097-422**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Carlyle
Opinion by Justice Myers

Roosevelt Danyel Rider appeals the trial court's oral ruling that denied relief on his pretrial application for writ of habeas corpus filed pursuant to article 11.08 of the Texas Code of Criminal Procedure. In his habeas application, appellant contended he was being illegally confined under an invalid murder charge because someone, other than appellant, shot the victim while defending a third party.

According to the record, the trial court held hearings on the writ application on April 7, 2021, May 12, 2021, and June 2, 2021 after which it orally denied relief. There is not, however, a written order denying relief.

Appellant has the right to appeal the trial court's habeas decision when the trial court enters an appealable order. *See* TEX. R. APP. P. 25.2(a)(2), 26.2(a). The

trial court enters an appealable order when it signs a written order. *See State ex rel. Sutton v. Bage*, 822 S.W.2d 55, 57 (Tex. Crim. App. 1992) (orig. proceeding) (determining that phrase "entered by the court" encompasses signing of written order by trial court); *see also State v. Sanavongxay*, 407 S.W.3d 252, 259 (Tex. Crim. App. 2012) (requiring a written order for State's appeal).

Because the trial court has not entered an appealable order in the habeas proceeding, appellant's notice of appeal does not confer jurisdiction upon the Court. *See Rodarte v. State*, 860 S.W.2d 108, 109 (Tex. Crim. App. 1993); *Henderson v. State*, 153 S.W.3d 735, 735–36 (Tex. App.—Dallas 2005, no pet.); *Ex parte Evans*, 611 S.W.3d 86, 88 (Tex. App.—Waco 2020, no pet.).

On June 30, 2021, the Court transmitted a letter to appellant's counsel expressing the Court's concerns about its jurisdiction over this case. The letter notified appellant that on or after July 21, 2021, the Court would consider dismissing this appeal unless, by that date, either (1) a supplemental clerk's record was filed showing the trial court has entered a final order on appellant's application for writ of habeas corpus, or (2) appellant filed a letter brief explaining the basis for the Court's jurisdiction. To date, the Court has received neither a supplemental clerk's record showing a final order has been entered nor a letter brief explaining the basis for the Court's jurisdiction.

Concluding we lack jurisdiction, we dismiss the appeal.

_/Lana Myers//_
LANA MYERS
JUSTICE


210488f.u05

Do Not Publish
TEX. R. APP. P. 47.2(b)



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE ROOSEVELT
DANYEL RIDER

No. 05-21-00488-CR

On Appeal from the 422nd Judicial
District Court, Kaufman County,
Texas
Trial Court Cause No. 20-5097-422.
Opinion delivered by Justice Myers.
Justices Partida-Kipness and Carlyle
participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 16th day of September, 2021.